Ralph D. Hughes, Esq. (SBN 111641)
Brad Stuckey, Esq. (SBN 214971)
**HUGHES LEGAL GROUP, PC**
4471 Stoneridge Drive, Suite B
Pleasanton, California 94588
law@ralphdhughes.com
Telephone: (925) 426-9200
Facsimile: (925) 426-9215

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL SMITH, an individual,<br><br>        Plaintiff,<br>vs.<br><br>OVERLAND CONTRACTING, INC., a Georgia Corporation; and DOES 1 through 30, inclusive,<br><br>        Defendants. | CASE NO.: 12-CV-02642 MEJ<br><br>*Assigned For All Purposes to Honorable Maria-Elena James   - Dept. B*<br><br>[~~PROPOSED~~] **ORDER CONTINUING MEDIATION DEADLINE**<br><br><br><br>Complaint Filed: April 20, 2012 |

Based upon stipulation by the parties and for good cause appearing, the deadline for mediation currently set for October 22, 2012 is extended to December 14, 2012.

IT IS SO ORDERED

DATED___September 20, 2012_                         _____
                                                                                 Honorable Maria-Elena James

[~~PROPOSED~~] ORDER

- 1 -