# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MITCHELL SMITH, an individual,<br><br>          Plaintiff,<br>  vs.<br><br>OVERLAND CONTRACTING, INC., a Georgia Corporation; and DOES 1 through 30, inclusive,<br><br>          Defendants. | CASE NO.: 12-CV-02642 MEJ<br><br>*Assigned For All Purposes to Honorable Maria-Elena James   - Dept. B*<br><br>~~[PROPOSED]~~ **ORDER ON STIPULATION RE: CONTINUATION OF DISCOVERY DEADLINE** |

Based upon stipulation by the parties and for good cause appearing, the deadline for the completion of discovery currently set for January 29, 2013 is extended to March 29, 2013.

IT IS SO ORDERED

DATED  January 17, 2013                     _____

                                                        Honorable Maria-Elena James.