Ralph D. Hughes, Esq. (SBN 111641)
Brad Stuckey, Esq. (SBN 214971)
**HUGHES LEGAL GROUP, PC**
4471 Stoneridge Drive, Suite B
Pleasanton, California 94588
law@ralphdhughes.com
Telephone: (925) 426-9200
Facsimile: (925) 426-9215

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MITCHELL SMITH, an individual,<br><br>        Plaintiff,<br>vs.<br><br>OVERLAND CONTRACTING, INC., a Georgia Corporation; and DOES 1 through 30, inclusive,<br><br>        Defendants. | CASE NO.: 12-CV-02642 MEJ<br><br>*Assigned For All Purposes to Honorable Maria-Elena James - Dept. B*<br><br>**[PROPOSED] ORDER ON STIPULATION TO DISMISS PLAINTIFF'S SEVENTH & EIGHTH CAUSES OF ACTION**<br><br>Complaint Filed: April 20, 2012 |

Based upon stipulation by the parties and for good cause appearing, the Plaintiff's 7th cause of action for wrongful termination and his 8th cause of action for retaliation are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED

DATED January 17, 2013    _____

                                                       Honorable Maria-Elena James