# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| MITCHELL SMITH,<br><br>        Plaintiff,<br>  v.<br><br>OVERLAND CONTRACTING, INC., et al.,<br><br>        Defendants.<br>_____/ | No. CV12-2642 MEJ<br><br>**ORDER REQUESTING STATUS REPORT RE: CASE MANAGEMENT DEADLINES** |

Pursuant to July 24, 2012 Case Management Order in this case, the deadline to file dispositive motions was February 28, 2013. Dkt. No. 11. Although none of the parties filed a motion, the Court notes that the parties recently requested (and received) an extension of time to complete discovery. Accordingly, the Court ORDERS the parties file a joint status report by March 29, 2013, which addresses the following:

1) Whether one or more parties feels it would be beneficial to extend pretrial and trial deadlines, including the dispositive motion deadline and trial dates; and

2) Whether one or more parties feels it would be beneficial to participate in a settlement conference with another magistrate judge.

**IT IS SO ORDERED.**

Dated: March 11, 2013

_____
Maria-Elena James
Chief United States Magistrate Judge