Julia Azrael (Bar No. 109049)
John S. Curtis (Bar No. 50350)
**LAW OFFICES OF JULIA AZRAEL**
5200 Lankershim Boulevard, Suite 850
North Hollywood, California 91601
Telephone: (818) 766-5177
Facsimile: (818) 766-5047

Attorneys for Defendant OVERLAND CONTRACTING, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL SMITH, an individual, | CASE NO. CV 12-02642 MEJ |
| Plaintiff, | Case Assigned to the Honorable Maria-Elena James – Ctrm. B |
| vs. | [Complaint Filed: April 20, 2012] |
| OVERLAND CONTRACTING, INC., a Georgia Corporation; and DOES 1 through 30, inclusive, | **JOINT STATUS REPORT RE: CASE MANAGEMENT DEADLINES** |
| Defendants. | |

| | |
|---|---|
| Discovery Cutoff: | March 29, 2013 |
| Motion Cutoff: | February 28, 2013 |
| Trial Date: | August 5, 2013 |

TO THE HONORABLE MARIA-ELENA JAMES, CHIEF UNITES STATES MAGISTRATE JUDGE:

Plaintiff MITHCELL SMITH, by and through his attorneys of record, Hughes Legal Group, PC, and Defendant, OVERLAND CONTRACTING, INC., by and through its attorneys of record, Law Offices of Julia Azrael, provide this joint status report in accordance with the Court's order of March 11, 2013:

On December 14, 2012, the parties engaged in court ordered mediation with Jean Gaskill but did not resolve Plaintiff's claims.

1    On January 17, 2013 the Court dismissed Plaintiff's 7th cause of action for wrongful
2  termination and 8th cause of action for retaliation pursuant to stipulation of the parties.

3    On January 17, 2013, the Court extended the discovery cutoff from January 29, 2013, to
4  March 29, 2013.

5    On February 22, 2013, Defendant took the deposition of Plaintiff but did not complete the
6  deposition. Defendant has requested a date to complete Plaintiff's deposition in April or May 2013
7  (two hours anticipated). Currently the parties have agreed on a date between May 6 and 9, 2013.

8    Plaintiff has timely noticed the deposition of James Amato, an employee of defendant and
9  the parties are in the process of securing a date between May 6 and 9, 2013.

10

11  In response to the issues set forth in the Court's order:

12

13    (1)    Plaintiff and Defendant submit it would be beneficial to extend the discovery cutoff
14  to May 31, 2013. Plaintiff does not oppose to moving the deadline for dispositive motions to early
15  July 2013. Defendant submits it would be beneficial to extend the heading date for dispositive
16  motions to July 31, 2013. Defendant submits it would be beneficial to extend the trial date by
17  approximately sixty days to mid-October 2013. Plaintiff takes no position as to moving the current
18  trial date of August 6, 2013, and leaves this decision to the Court's discretion.

19

20    (2)    Plaintiff is willing to participate in a settlement conference with a magistrate judge.

21    Defendant submits it may be beneficial to participate in a settlement conference with
22  another magistrate judge if the classification issue is dealt with in a substantive manner (as a
23  construction manager earning approximately $95,000/annum, was Mr. Smith properly classified as
24  exempt? Were his duties consistent with Wage Order #16 ["primarily … managerial … and which
25  requires the exercise of discretion or independent judgment"]). Defendant notes that this issue is
26  the core of a co-worker's claims against Defendant (*Lee Federico v. OCI* / CV 12-02588) which is
27  also before this Court.

28

1  Dated:  March 29, 2013                    HUGHES LEGAL GROUP, PC

2

3                                            By:  *s/ Brad Stuckey*
                                             _____
4                                                 BRAD STUCKEY
                                                 Attorneys for Plaintiff, MITCHELL SMITH
5

6

7  Dated:  March 29, 2013                    LAW OFFICES OF JULIA AZRAEL

8

9                                            By: _____
                                                 JULIA AZRAEL
10                                               Attorneys for Defendant OVERLAND
                                                 CONTRACTING, INC.
11

12

13                                           The parties shall submit a stipulation
                                             with the new deadlines set out in
14                                           p.2, paragraph (1), and requesting
                                             that the trial be extended out 60 days.
15                                           The Court hereby refers the parties
                                             to a settlement conference with a
16                                           magistrate judge. The parties will be
                                             contacted by the magistrate judge once
17                                           the matter is referred.

18

19                                           IT IS SO ORDERED.

20

21

22

23

24

25

26

27

28