1 Julia Azrael (Bar No. 109049)
2 John S. Curtis (Bar No. 50350)
**LAW OFFICES OF JULIA AZRAEL**
3 5200 Lankershim Boulevard, Suite 850
North Hollywood, California 91601
4 Telephone: (818) 766-5177
Facsimile: (818) 766-5047

5 Attorneys for Defendant OVERLAND CONTRACTING, INC.

6

7 UNITED STATES DISTRICT COURT

8 NORTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| MITCHELL SMITH, an individual, | CASE NO. CV 12-02642 MEJ |
| Plaintiff, | Case Assigned to the Honorable Maria-Elena James – Ctrm. B |
| vs. | [Complaint Filed: April 20, 2012] |
| OVERLAND CONTRACTING, INC., a Georgia Corporation; and DOES 1 through 30, inclusive, | AMENDED [~~PROPOSED~~] ORDER ON STIPULATION CONCERNING NEW DEADLINES |
| Defendants. | |

Discovery Cutoff: May 31, 2013
Motion Cutoff: February 28, 2013 (?)
Trial Date: August 5, 2013 (?)

Based upon the stipulation of the parties concerning new deadlines, the Court sets the following dates:

1. Discovery cutoff including experts is extended to May 31, 2013.

2. Must meet and confer by September 16, 2013, re Joint Pretrial Conference Statement.

3. Dispositive motions are extended to August 29 [~~31~~], 2013.

4. Dispositive motions must be filed, served and noticed by August 1, 2013, and heard by August 29 [~~31~~], 2013, at 10:00 a.m.

5. Initial Pretrial Conference is extended to October 17 [~~14~~], 2013, at 10:00 a.m.

- 1 -
[Proposed] Order on Stipulation Concerning New Deadlines

6. Trial Briefs must be filed by October 21, 2013.

7. Joint Voir Dire must be filed by October 21, 2013.

8. Joint Jury Instructions must be filed by October 21, 2013.

9. Proposed Verdict Forms must be filed by October 21, 2013.

10. Trial Documents and Joint Pretrial Conference Statement must be filed by October 7, 2013.

11. Motions in Limine due October 7, 2013, with Oppositions due October 14, 2013.

12. Final Pretrial Conference is extended to November 7, 2013, at 10:00 a.m.

13. Trial is extended to November 12. 2013.

IT IS SO ORDERED.

DATED: __April 15_____, 2013

_____
MARIA-ELENA JAMES
Chief Magistrate Judge, United States District Court