1  Brad Stuckey, Esq. (SBN 214971)
   **STUCKEY HUGHES, APC**
2  4471 Stoneridge Drive, Suite B
   Pleasanton, CA 94588
3  Telephone: (925) 426-9200
   Facsimile: (925) 426-9215
4  law@ralphdhughes.com

5  Attorneys for Plaintiff

6  Julia Azrael (Bar No. 109049)
   John S. Curtis (Bar No. 50350)
7  **LAW OFFICES OF JULIA AZRAEL**
   5200 Lankershim Boulevard, Suite 850
8  North Hollywood, California 91601
   Telephone:  (818) 766-5177
9  Facsimile:  (818) 766-5047

10 Attorneys for Defendant.

11                 **UNITED STATES DISTRICT COURT**

12               **NORTHERN DISTRICT OF CALIFORNIA**

13 MITCHELL SMITH, an individual,          ) CASE NO. CV 12-02642 MEJ
                                           )
14             Plaintiff,                  ) Case Assigned to the Honorable Maria-Elena
                                           ) James – Ctrm. B
15      vs.                                )
                                           ) [Complaint Filed:  April  20, 2012]
16 OVERLAND CONTRACTING, INC., a Georgia   )
   Corporation; and DOES 1 through 30, inclusive,  ) ~~[Proposed]~~ **ORDER ON STIUPULATION RE:**
17                                         ) **SUMMARY JUDGMENT HEARING DATE**
                                           )
           Defendants.                     ) Hearing Date:        August 29, 2013
18 _____

19

20      Based upon the Stipulation by the parties and for good cause appearing, the Motion for
                                                                  October 3,
21 Summary Judgment hearing scheduled for August 29, 2013 is vacated and continued to ~~August 12,~~

22 2013 at 10:00 am in in Courtroom B, 15th Floor, San Francisco, California.

23      **IT IS SO ORDERED.**

24

25 DATED: __August 27__, 2013          _____

26                                     Honorable Maria-Elena
                                       United States Magistrate Judge
27

28

                              - 1 -
              **[Proposed] ORDER ON STIUPULATION RE: SUMMARY**
                     **JUDGMENT HEARING DATE**