UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MITCHELL SMITH,<br><br>        Plaintiff,<br><br>  v.<br><br>OVERLAND CONTRACTING, INC., et al.,<br><br>        Defendants.<br>_____/ | No. C 12-2642 MEJ<br><br>**ORDER RE: STATEMENT OF FACTS** |

On July 3, 2013, the parties filed a Joint Statement of Facts, which listed five undisputed facts. Dkt. No. 38. Given that the facts in Defendant's Motion for Summary Judgment exceed ten pages in length, the Court finds that the parties failed to comply with the spirit of the joint statement requirement. Accordingly, the Court ORDERS as follows:

(1) Defendant shall file a statement by September 3, 2013, setting forth each material fact on which it relies in support of its Motion. Each material fact in the separate statement must be set forth in a separately numbered paragraph and must refer to a specific admissible portion of the record where the fact finds support (for example, affidavit, deposition, discovery response, etc.).

(2) Plaintiff shall file a statement by September 9, 2013, setting forth: (a) for each paragraph of Defendant's statement of facts, a correspondingly numbered paragraph indicating whether he disputes the statement of fact set forth in that paragraph and a reference to the specific admissible portion of the record supporting his position if the fact is disputed; and (b) any additional facts included in his Opposition, set forth in a separately numbered paragraph and including reference(s) to a specific admissible portion of the record where the fact finds support.

**IT IS SO ORDERED.**

Dated: August 28, 2013

                                                                                          _____
                                                                                        Maria-Elena James
                                                                                        United States Magistrate Judge