UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MITCHELL SMITH,<br><br>             Plaintiff,<br>  v.<br>OVERLAND CONTRACTING, INC,<br><br>             Defendant.<br>_____/ | No. C 12-2642 MEJ<br><br>**ORDER VACATING HEARING<br>RE: DOCKET NO. 37** |

This matter is currently scheduled for a hearing regarding Defendant's Motion for Summary Judgment on October 3, 2013. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without oral argument and hereby VACATES the October 3 hearing. The Court shall issue an order forthwith.

**IT IS SO ORDERED.**

Dated: September 23, 2013

                                                                            _____<br>                                                                            Maria-Elena James<br>                                                                             United States Magistrate Judge