# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| MITCHELL SMITH, | No. C-12-2642 MEJ |
| Plaintiff, | **STATUS ORDER** |
| v. | |
| OVERLAND CONTRACTING, INC., | |
| Defendant. | |

On October 4, 2013, the Court ordered the parties to file a joint status report, indicating whether there is any reason *Federico v. Overland Contracting*, C-12-2588 MEJ, and *Smith v. Overland Contracting*, C-12-2588 MEJ, should not be consolidated for purposes of trial and referred to Magistrate Judge Vadas for a combined settlement conference. Having received the parties' reports, the Court shall not consolidate these cases for either purpose.

**IT IS SO ORDERED.**

Dated: October 10, 2013

_____
Maria-Elena James
United States Magistrate Judge