1  Julia Azrael (Bar No. 109049)
   John S. Curtis (Bar No. 50350)
2  **LAW OFFICES OF JULIA AZRAEL**
   5200 Lankershim Boulevard, Suite 850
3  North Hollywood, California 91601
   Telephone: (818) 766-5177
4  Facsimile: (818) 766-5047

5  Attorneys for Defendant OVERLAND CONTRACTING, INC.

6

7                     UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9
   MITCHELL SMITH, an individual,        ) CASE NO. CV 12-02642 MEJ
10                                        )
            Plaintiff,                    ) Case Assigned to the Honorable Maria-Elena
11                                        ) James – Ctrm. B
       vs.                                )
12                                        ) [Complaint Filed: April 20, 2012]
   OVERLAND CONTRACTING, INC., a Georgia )
13 Corporation; and DOES 1 through 30, inclusive, ) [~~PROPOSED~~] **ORDER DISMISSING**
                                          ) **CASE WITH PREJUDICE**
14          Defendants.                   )
                                          )
15 _____    )

16

17

18        The Court, having considered the Stipulation of Plaintiff and Defendant, hereby dismisses
19 Case No. CV12-02642 MEJ with prejudice in accordance with the terms of that stipulation.

20

21        **IT IS SO ORDERED.**

22

23 DATED:  December 16        , 2013

24                                                 _____
                                                   MARIA-ELENA JAMES
25                                                 Magistrate Judge, United States District Court

26

27

28

- 1 -
[Proposed] Order Dismissing Case with Prejudice